Brendan Judge, Esq. (Bar No. 021561991)
Anthony J. LoPresti (Bar No. 377702021)
CONNELL FOLEY LLP
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, New Jersey 07311
Ph: 201.521.1000
bjudge@connellfoley.com
alopreseti@connellfoley.com
*Attorneys for Defendants,*
*Dr. Yongfeng Zhang and AIOS Foundation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ZHEWEN HU,<br><br>Plaintiff,<br><br>v.<br><br>DR. YONGFENG ZHANG, AIOS FOUNDATION,<br><br>Defendants. | CIVIL ACTION NO. 3:26-cv-11151 (ZNQ)(JBD)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Brendan Judge, Esq. of Connell Foley LLP as counsel for Defendants, Dr. Yongfeng Zhang and AIOS Foundation, in the above-referenced matter in place of Richard J.L. Lomuscio, Esq. of Stinson LLP.

STINSON LLP
*Attorneys for Defendants,*
*Dr. Yongfeng Zhang and*
*AIOS Foundation*

By: ______________________
Richard J.L. Lomuscio
STINSON LLP
140 Broadway, Suite 2330
New York, New York 10005
Ph: 646.883.7675
*Withdrawing Attorney*

Dated: October 28, 2026

CONNELL FOLEY LLP
*Attorneys for Defendants,*
*Dr. Yongfeng Zhang and*
*AIOS Foundation*

By: ______________________
Brendan Judge
CONNELL FOLEY LLP
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, New Jersey 07311
Ph: 201.521.1000
*Superseding Attorney*

Dated: October 28, 2026